■ ALLEN J. POLVINO, Individually and on Behalf of All Other People Similarly Situated, Respondent, v EDWIN A. FOSTER et al., Individually and as Monroe County Legislators, et al., Appellants. (Appeal No. 2.)—Judgment affirmed, without costs. All concur, except Hancock, Jr., and Denman, JJ. who dissent and vote to reverse the judgment and dismiss the petition. Same memorandum and dissenting memorandum as in *Morin v Foster* (61 AD2d 979). (Appeal from judgment of Monroe Supreme Court—declaratory judgment, injunction.) Present—Marsh, P. J., Dillon, Hancock, Jr., Denman and Witmer, JJ.